[No. 1432.]

THE STATE. *v.* WILLIS ARRINGTON AND ANOTHER.

APPEAL—PRATICE.—The proceeding attempted to be appealed from by the State was the ruling of the court below quashing a bail-bond. *Scire facias* cases are criminal in their nature, and proceedings therein of any character cannot operate as exceptions to the constitutional provision which denies to the State appeals in criminal cases.

APPEAL from the County Court of Gonzales. Tried below before the Hon. J. S. Conway, County Judge.

This was an effort on the part of the State to appeal from the ruling of the court below quashing the appearance bond of Willis Arrington, bailed in the sum of five hundred dollars, under an information charging him with the offense of purchasing cattle without taking a bill of sale therefor.

*J. H. Burts,* Assistant Attorney General, and *W. M. Atkinson,* for the State.

*Fly & Davidson* for the appellees.

WHITE, P. J. An appeal is here sought to be taken by the State from a judgment of the court below quashing a bail-bond. Motion is made by appellees to dismiss the appeal because the

case is a criminal case, and the State is prohibited an appeal in such cases. Under previous decisions of the Supreme Court and of this court, the motion is well taken and must be sustained. (Const., Art. 5, sec. 26; *State v. Ward*, 9 Texas Ct. App., 462, and authorities cited; and *Simon Hart* v. *The State*, decided at the present term, *ante*, p. 555.) The appeal is dismissed.

*Dismissed.*

Opinion delivered March 17, 1883.